**NORTHERN PACIFIC RAILWAY COMPANY, a Corporation, Appellant and Cross-Appellee, v. ADAMS COUNTY et al., Appellees and Cross-Appellants.**

No. 7120.

Circuit Court of Appeals, Ninth Circuit.

March 23, 1933.

L. B. Da Ponte, of Seattle, Wash., for appellant and cross-appellee.

John A. Homer, Asst. Atty. Gen., for all appellees and cross-appellants except King, Benton and Yakima Counties.

Robert M. Burgunder, of Seattle, Wash., for King County.

Charles L. Powell, of Kennewick, Wash., for Benton County.

O. Sandvig, of Yakima, Wash., for Yakima County.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal and cross-appeal (1 F. Supp. 163) dismissed without costs to either party; mandate forthwith.

■

**M. F. O'DEA, Appellant, v. Harry J. EDWARDS, Trustee in Bankruptcy of Empire Finance Company, a Corporation, Bankrupt, and Mortgage Guarantee Company, Appellees.**

No. 6845.

Circuit Court of Appeals, Ninth Circuit.

March 14, 1933.

Courtney L. Moore and Sterling Carr, both of San Francisco, Cal., for appellant.

Ernest J. Torregano, Oliver Dibble, and Kimball Dyer, all of San Francisco, Cal., for appellees.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, each party to pay its own costs; mandate forthwith.

■

**PARKER METAL DECORATING COMPANY and Harry G. Evitt, Appellants, v. Aram EHRAMJIAN, Trading and Doing Business under the Name and Style of Century Manufacturing Company (Not Inc.), Appellee.**

No. 268.

Circuit Court of Appeals, Second Circuit.

March 6, 1933.

Edwin F. Samuels, of Baltimore, Md., for appellant.

T. J. Johnston, of New York City (J. Granville Meyers, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on opinion below, 55 F.(2d) 387.